

# PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

James E. O'Neill

July 25, 2005

jo'neill@pszyjw
(302) 778-6407

**Via Hand Delivery**
The Honorable Joseph J. Farnan, Jr
United States District Court
for the District of Delaware
844 North King Street,
Wilmington, DE 19801

Re:  **Fansteel, Inc. v. Jose Aguilar individually, et al.
Civil Action No. 04-505 (JJF)**

Dear Judge Farnan:

Plaintiff, Fansteel, Inc. and Defendant, Jose Aguilar agreed upon a settlement of the above referenced matter. The settlement check provided was returned for insufficient funds and no replacement check has been supplied.

Fansteel is currently deciding on a course of action with respect to this matter. If the Court requires additional information, please have a member of your Honor's staff contact the undersigned.

Respectfully yours,

James E. O'Neill

JEO; llt
cc: Jose Aguilar

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
THREE EMBARCADERO CENTER
SUITE 1020
SAN FRANCISCO
CALIFORNIA 94111-4023

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
461 FIFTH AVENUE
25th FLOOR
NEW YORK
NEW YORK 10017-6234

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

27311-002\DOCS_DE:89262.1