IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FANSTEEL INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-505 JJF |
| | : |
| JOSE AGUILAR doing business | : |
| as Concentric Die Co., | : |
| | : |
| Defendant. | : |

### O R D E R

WHEREAS, on July 25, 2005, Plaintiff filed a letter notifying the Court of the status of settlement in this matter (D.I. 23);

WHEREAS, there has been no further activity in the case since the filing of the July 25, 2005 letter;

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall submit a status letter by **March 10, 2006**, notifying the Court which course of action the Plaintiff is intending to take with respect to this matter.

February 23, 2006
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE